LIBERTAS TAX FUND I LLC

VERSUS

DANIEL J. MOMPOINT, MARIE RENEE
RIMPEL MOMPOINT, UNITED STATES OF
AMERICA, UNITED STATES OF
AMERICA, DEPARTMENT OF TREASURY
- INTERNAL REVENUE SERVICE, STATE
OF LOUISIANA AND STATE OF
LOUISIANA, DEPARTMENT OF REVENUE

NO. 20-CA-105

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

November 06, 2020

Susan Buchholz
First Deputy Clerk

## ON APPLICATION FOR REHEARING

Panel composed of Jude G. Gravois,
Marc E. Johnson, and Hans J. Liljeberg

## REHEARING DENIED

**MEJ**
**JGG**
**HJL**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES



**FIFTH CIRCUIT**

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

CURTIS B. PURSELL
CLERK OF COURT

MARY E. LEGNON
CHIEF DEPUTY CLERK

SUSAN BUCHHOLZ
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **11/06/2020** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**20-CA-105**

### E-NOTIFIED

24th Judicial District Court (Clerk)
Hon. Scott U. Schlegel (District Judge)
Wesley M. Plaisance (Appellee)       Christopher J. Davidson (Appellant)

### MAILED

John A. E. Davidson (Appellant)
Attorney at Law
2901 Independence Street
Suite 201
Metairie, LA 70006

Laura S. Achord (Appellee)
Attorney at Law
300 Washington Street
Suite 210
Monroe, LA 71201

Philip J. Giorlando (Appellee)
Attorney at Law
909 Poydras Street
Suite 1500
New Orleans, LA 70112